USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
FANG XIAO and CHANG HUI LIN,

                            Plaintiffs,

      -against-

GRAND SICHUAN INT'L ST MARKS, INC.; EAST
VILLAGE GRAND SICHUAN INC.; XIAO TU ZHANG,
Individually; and WEN YAN GAO, Individually,

                            Defendants.
----------------------------------------------------------------x

~~PROPOSED~~
ORDER

Civil Action No.
14 Civ. 9063(RA)(JCF)

RONNIE ABRAMS, United States District Judge:

      IT IS HEREBY ORDERED THAT Defendant Wen Yan Gao respond to the Restraining Notice and Information Subpoena to Wen Yan Gao, issued in this action by Plaintiffs on November 13, 2019. Said response must be made by March 2, 2020, or within seven (7) days of her receipt of this Order by, whichever is later.

SO ORDERED.

Dated: February 7 2020
New York, New York

/s/ Ronnie Abrams
Ronnie Abrams
United States District Judge